Lazurs Levin, appellee, v. Fort Dearborn Casualty Underwriters, appellant. Gen. No. 29,123.

Action upon policy of automobile insurance. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Wil-

liam N. Gemmill, Judge, presiding.  Heard in the first division of this court for the first district at the March term, 1924.  Affirmed with damages of $35.  Opinion filed October 20, 1924.

Le Forgee, Schroeder & Tate, for appellant; Murphy O. Tate, of counsel.  Joseph Rolnick, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.